ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00295-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF DISCOVERY; PROTECTIVE ORDER RE: SAME |
| v. | |
| ALEJANDRO HERNANDEZ, | |
| Defendant. | |

WHEREAS, this Court may enter protective orders pursuant to Fed. R. Crim. P. 16(d) and its general supervisory authority.

WHEREAS, certain discovery (the "discovery") in this case contains sensitive information related to a cooperating defendant,

WHEREAS, the parties desire to avoid the unauthorized dissemination or distribution to anyone not a party to the court proceedings in this matter, and ensure the safety of the cooperating defendant, including by dissemination of the discovery by defendant;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, the below-listed defendant, by and through their undersigned counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin C. Heinz, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery marked with a bates stamp "protected" provided to or made available to Defense Counsel in this case.

3. The discovery is for the exclusive use of defense counsel who are either assigned to or consulting on this case, any investigators, interpreters, experts, paralegals, legal assistants, or law clerks assisting counsel in this case ("the Defense"). The parties agree that the Defense may review the discovery with the defendant or other necessary third parties only in the presence of a member of the Defense and **may NOT provide a copy of the discovery to or leave a copy of the discovery with the defendant or other necessary third party. The defendant or other necessary third party may NOT retain copies of the discovery in any form, including but not limited to notes or photographs concerning the contents of the discovery.**

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons (or even the defendant) in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

IT IS SO STIPULATED.

STIPULATION REGARDING PRODUCTION OF
DISCOVERY AND PROTECTIVE ORDER RE: SAME

Dated: September 18, 2025

        ERIC GRANT
        United States Attorney

By: /s/ ARIN C. HEINZ
     ARIN C. HEINZ
     Assistant United States Attorney

Dated: September 18, 2025

/s/ MAI SHAWWA
MAI SHAWWA
Attorney for Defendant
Alejandro Hernandez

IT IS SO ORDERED.

Dated: **September 19, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING PRODUCTION OF
DISCOVERY AND PROTECTIVE ORDER RE: SAME