**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ALEJANDRO HERNANDEZ,<br><br>   Defendant. | No.  24 CR 00295 KES EPG<br><br>**TEMPORARY DETENTION ORDER PENDING CONTESTED HEARING UNDER 18 U.S.C. § 3148(b)**<br>(Violation of Pretrial Release) |

After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the United States' motion for revocation of the previous order for release, the Court orders that the defendant be temporarily detained pending his contested hearing on a pretrial violation based upon the following findings:

[ X ] there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his release will endanger another or the community; or

[ X ] there is clear and convincing evidence that the defendant has violated another condition of release; and

IT IS ORDERED that pursuant to 18 U.S.C. § 3148(b) defendant is temporarily detained to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel.  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  This is without prejudice for the Court to impose permanent detention of the defendant pursuant to 18 U.S.C. 3148(b) after the contested hearing or admission.

IT IS SO ORDERED.

Dated: **March 18, 2026**     _____
               STANLEY A. BOONE
               United States Magistrate Judge