ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO HERNANDEZ,<br>　　　　　　　　Defendants. | Case No: 1:24-CR-00295-KES-EPG<br><br>STIPULATION TO CONTINUE CONTESTED HEARING ON PRETRIAL VIOLATION ; AND ORDER<br><br>DATE:　April 15, 2026<br>TIME:　2:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows The parties base this stipulation on good cause. Specifically,

1. A Pretrial Services Violation Petition was filed against the Defendant on March 13, 2026. ECF # 99.

2. The Defendant appeared before the Honorable Stanley A. Boone on March 18, 2026.

1

3. By previous order, this matter was set for a contested hearing on a Pretrial Violation Report on April 15, 2026, at 2:00 p.m. before the Honorable Erica P. Grosjean.

4. The matter is also set for a Status Conference before the Honorable Erica P. Grosjean on May 13, 2026.

5. Counsel for the government and the Defense received additional discovery related to the Pretrial Services Violation from a 3rd party Abbott Labs on April 8, 2026.

6. Both counsel for the government and Defense believe additional time is needed to review the new discovery and to confer regarding a potential resolution regarding the Pretrial Services Violation Report. Additionally, Defense counsel requires additional time to discuss the new discovery with the Defendant and experts.

7. The parties are in active plea negotiations that may render the Pretrial Services Violation matter moot.

8. As a result, the parties stipulate and request that the contested hearing on the Pretrial Services Violation Report be continued until May 13, 2026 at 2:00 pm to coincide with the already set status conference set the same day.

9. As time has already been excluded through May 13, 2026, there is no need to make a time exclusion in this order.

IT IS SO STIPULATED.

Dated: April 9, 2026

ERIC GRANT
Acting United States Attorney


By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

2

Dated: April 9, 2026

By:  /s/ *Mai Shawwa*
Mai Shawwa
Counsel for Defendant
Alejandro Hernandez

**O R D E R**

IT IS ORDERED that the contested hearing on the Pretrial Services Violation Report currently set for April 15, 2026 at 2:00 pm is continued to May 13, 2025 at 2:00pm before the assigned Duty Magistrate Judge. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3